IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELTON R. MODELIST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1677 |
| | § | |
| JUDGE GRAY H. MILLER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order of today's date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on October 16, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge